THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:13-cr-00182-SDJ-AGD |
| | § | |
| CHRISTOPHER LYNN PRADO (1) | § | |
| | § | |
| | § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 20, 2025, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #232) that allegations one through seven and eleven through thirteen in the petition be dismissed and that Defendant's sentence be twenty-seven months imprisonment with no term of supervised release to follow.

Having received the Report of the United States Magistrate Judge (Dkt. #232) and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #230), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court. Accordingly, allegations one through seven and eleven through thirteen in the petition are dismissed and Defendant is hereby sentenced to twenty-seven months imprisonment,

to be served consecutively to any other term of imprisonment, with no term of supervised release to follow.

**So ORDERED and SIGNED this 14th day of July, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE